IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2013 SEP 23 PM 4:00

JOHN GRIER
#111459411
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

~~_____~~ Terry Reed et al
_____

(Enter above the full name of the defendant
or defendants in this action.)


COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs:  John Grier
                      #111459411
         Defendants:  Sheriff Bill Oldham et al

      2. Court (if federal court, name the district; if state court, name the county):
         Western District of Tennessee
      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
         _____
      6. Approximate date of filing lawsuit: Sept 12, 2013
      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: 201 Poplar (2-P-11) Memphis TN 38103

A. Is there a prisoner grievance procedure in the institution?
Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (X)

C. If your answer is Yes:
  1. What steps did you take? _____
  2. What was the result? _____

D. If your answer is No, explain why not: FACTS ARE DUE TO SELECTIVE, VINDICTIVE AND MALICIOUS PROSECUTION; ALONG WITH official misconduct, official oppression AND

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff John Grier #1114594
   Address 201 Poplar Ave 2-P-11 Memphis, TN 38103

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Terry Reed is employed as Special Agent at Tenn. Bureau of Investigations T.B.I.

C. Additional Defendants: Tenn. Bur. Inv. AD William Bright ADAG Memphis, TN Roger Turner Special Agent for T.B.I., Amy Weirick D.A. for Memphis, TN Kirby Mays

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

See Attached pages

Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See Attached pages

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 18th day of September, 2013.

*[signature]*
#114594

(Signature of Plaintiff/Plaintiffs)